ORIGINAL



FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 17-0393

FILED

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### AF 17-0393

_____

IN THE MATTER OF THE PRETRIAL
SUPERVISION ADVISORY COMMITTEE

O R D E R

_____

The terms of Honorable Ingrid Gustafson, Honorable Alex Beal, Senator Barry Usher, County Attorney Scott Twito, Sheriff Leo Dutton, Honorable Mike Salvagni (ret.), Honorable Colette Davies, Representative Laura Smith, and Office of the State Public Defender Division Administrator Brian Smith expired February 1, 2024. The Court thanks each member for their service to the Committee, to this Court, and to the people of Montana.

IT IS HEREBY ORDERED that Honorable Ingrid Gustafson, Honorable Alex Beal, Senator Barry Usher, County Attorney Scott Twito, Sheriff Leo Dutton, Honorable Mike Salvagni (ret.), Honorable Colette Davies, Representative Laura Smith, and Division Administrator Brian Smith are reappointed to terms expiring February 1, 2026. Judge Salvagni shall serve as chair.

The Clerk is directed to provide a copy of this Order to all members of the Pretrial Supervision Advisory Committee, Mike Ferriter, Pretrial Coordinator, and Beth McLaughlin, Court Administrator.

DATED this 20 day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices